Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Gerald Sibley  **Case Number:** 16CR10023

**Name of Sentencing Judicial Officer:** Honorable Denise J. Casper, U.S. District Judge

**Date of Original Sentence:** March 30, 2017

**Original Offense:** Affecting Commerce by Robbery, in violation of 18 U.S.C. § 951

**Original Sentence:** 48 months' custody followed by 36 months' supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** Scheduled to Commence on 2/18/20

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total term of   years
[X]  To modify the conditions of supervision as follows:

> You are to reside in a Residential Re-Entry Center for up to 6 months or until suitable housing is secured and approved by the Probation Office. You must observe the rules of that facility.

### CAUSE

The defendant is scheduled to release from BOP custody on February 18, 2020. He has been housed for the last two months at the Metropolitan Correctional Center in New York, New York. The defendant submitted a release plan to the Probation Office on February 7, 2020, requesting permission to reside with his father in Boston, Massachusetts. A criminal records check performed on the defendant's father determined that he is currently under state probation after being convicted of firearm-related charges. Therefore, the defendant's request to reside with his father has been denied. The defendant was offered the opportunity to sign off on the above-noted modification to allow him to reside in an RRC until he is able to secure employment and housing. The Probation Office believes that allowing the defendant to transition back into the community via the Coolidge House sets him up for success in the community rather than him being homeless upon release. Please find attached a Form 49 signed by the defendant.

Reviewed/Approved by:                                    Respectfully submitted,

*/s/ Christopher P. Moriarty*                              */s/ Chrissy Murphy*
Christopher P. Moriarty                                  by Chrissy Murphy
Supervisory U.S. Probation Officer                       U.S. Probation Officer
                                                         Date:         2/11/2020

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Denise J. Casper,
U.S. District Judge
Feb. 12, 2020
Date